IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIE ELAINE BURNS,** : | |
|    Plaintiff : | |
| : | No. 1:20-cv-01871 |
| v. : | |
| : | (Judge Kane) |
| **EXPERIAN INFORMATION** : | |
| **SOLUTIONS, INC.,** : | |
|    Defendant : | |

## ORDER

**AND NOW**, on this 23rd day of February 2021, upon consideration of Defendant Experian Information Solutions, Inc. ("Defendant")'s motion for judgment on the pleadings (Doc. No. 12), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion (Doc. No. 12) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff and **CLOSE** this case.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania